OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the order of Supreme Court, Kings County, reinstated.
 

 Neither public policy nor the provisions of former paragraph (f) of subdivision 2 of section 210 of the Civil Service Law (L 1967, ch 392, § 2, repealed L 1978, ch 465, § 1), prohibit a public employer from augmenting the procedural mechanisms available to review the dismissal of an employee subject to the Taylor Law penalty probation (cf.
 
 Tuller v Central School Dist. No. 1 of Towns of Conklin, Binghamton, Kirkwood & Vestal,
 
 40 NY2d 487, 491-492). Since the board of education has not bargained away its ultimate right to terminate a nontenured teacher (see
 
 Cohoes City School Dist. v Cohoes Teachers Assn.,
 
 40 NY2d 774, 777-778), the courts may not intervene and thwart the intent of the parties to arbitrate the issue of whether the board has followed the supplemental procedural steps available to these probationers (cf.
 
 Board of Educ. v Bellmore-Merrick United Secondary Teachers,
 
 39 NY2d 167).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur in memorandum.
 

 Order reversed, etc.